

# METTE, EVANS & WOODSIDE
### ATTORNEYS AT LAW

TRACY L. UPDIKE, ESQUIRE

E-MAIL: tlupdike@mette.com

May 2, 2023

*VIA ELECTRONIC TRANSMITTAL*

Clerk
Sylvia H. Rambo United States Courthouse
Bankruptcy Courtroom, 4th Floor
Harrisburg, PA 17102

      Re:    **Judith M. Thoman**
               **Chapter 13 Case No. 1-23-00527-HWV**

Dear Clerk:

      Please make note of the change of address for the Creditor listed below in the above-referenced case:

| | |
|---|---|
| Old Address: | Lloyd S. Markind, Esquire<br>Sklar-Markind<br>102 Browning Lane, Bldg B, Suite 1<br>Cherry Hill, NJ 08003-3195 |
| New Address: | Lloyd S. Markind, Esquire<br>Burton Neil & Associates, P.C.<br>1060 Andrew Drive, Suite 170<br>West Chester, PA 19380 |

      Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 232-5000.

                                    Very truly yours,

                                    METTE, EVANS & WOODSIDE

                                    Tracy L. Updike

3401 North Front Street, P.O. Box 5950, Harrisburg, PA 17110-0950   Phone: (717) 232-5000   Fax: (717) 236-1816
www.mette.com

Case 1:23-bk-00527-HWV   Doc 30   Filed 05/02/23   Entered 05/02/23 12:15:03   Desc
Main Document   Page 1 of 1