United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00527-HWV |
| Judith M. Thoman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2023 18:50:33 | Portfolio Recovery Associates, LLC, Attn: Officer Authorized to Accept Proce, PO Box 41067, Norfolk, VA 23541 |
| 5527523 | + Email/PDF: gecsedi@recoverycorp.com | Jun 22 2023 18:50:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2023              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes mfarrington@kmllawgroup.com |
| Tracy Lynn Updike | on behalf of Debtor 1 Judith M. Thoman tlupdike@mette.com  rkvansteenacker@mette.com;dlmellott@mette.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JUDITH M. THOMAN, | : | CASE NO. 1-23-00527-HWV |
| Debtor | : | |
| JUDITH M. THOMAN, | : | |
| Objector | : | |
| v. | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : | CLAIM NO. 3-1 |
| Claimant | : | |

## ORDER

Upon consideration of the Objection of Judith M. Thoman, the above named Debtor, to Claim No. 3-1 of Portfolio Recovery Associates, LLC, it is

**HEREBY ORDERED** that such claim is disallowed in its entirety.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 22, 2023