IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| | : | |
| JUDITH M. THOMAN | : | CASE NO. 1-23-00527-HWV |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Reagan K. VanSteenacker, Paralegal with the firm of Mette, Evans & Woodside, hereby certify that on June 28, 2023, a true and correct copy of the attached ORDER CONFIRMING CHAPTER 13 PLAN was served by electronic means and/or first-class mail, postage prepaid, pursuant to L.B.R. 2002-1(e), on the following:

SEE ATTACHED MATRIX

METTE, EVANS & WOODSIDE

By:/s/ Reagan K. VanSteenacker
Reagan K. VanSteenacker

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

TD Bank USA/Target Credit
PO Box 673
Minneapolis, MN 55440-0673

Brian C. Nicholas, Esquire
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Carrie Gerding, Esquire
120 Corporate Blvd
Norfolk, VA 23502-4952

Commonwealth of Pennsylvania
Bureau of Labor and Industry
Office of Unemp Comp Tax Services OUCTS
PO Box 60848
Harrisburg, PA 17106-0848

Deutsche Bank National Trust
c/o Select Portfolio Services, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

Deutsche Bank National Trust Company, at. el
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250

Equable Ascent Financial, LLC
c/o Cornerstone Support, Inc.
71 Mansell Urt, Suite 250
Roswell, GA 30076

TD Bank USA
c/o Patenaude & Felix, A.P.C.
501 Corporate Drive, Southpointe Center
Suite 205
Canonsburg, PA 15317

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

John M. Hyams, Esq.
Law Office of John M. Hyams
2023 North 2nd Street
Harrisburg, PA 17102-2151

Lloyd S. Markind, Esquire
Burton Neil & Assoc.
1060 Andrew Drive, Suite 170
West Chester, PA 19380-5600

Pennsylvania Department of Revenue
Dept. 280946
ATTN: Bankruptcy Division
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Case 1:23-bk-00527-HWV    Doc 44    Filed 06/28/23    Entered 06/28/23 16:20:53    Desc
Main Document     Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Judith M. Thoman, aka Judy M. Thoman, | Chapter 13 |
| **Debtor 1** | Case No. 1:23-bk-00527-HWV |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on March 24, 2023. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 28, 2023

orcnfpln(05/18)